IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02233-BNB

PAUL LUNA VASQUEZ,

    Applicant,

v.

BRIGHAM SLOAN, Warden for B.C.C.F.,

    Respondent.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On October 28, 2010, Applicant filed a Motion for Default Judgment (Doc. No. 7). The motion is DENIED as inappropriate and moot.

Dated: November 1, 2010